# Exhibit 1



# Notice of Service of Process

**A3M / ALL**
**Transmittal Number: 24982992**
**Date Processed: 05/27/2022**

**Primary Contact:** SOP Team nwsop@nationwide.com
Nationwide Mutual Insurance Company
Three Nationwide Plaza
Columbus, OH 43215-2410

**Electronic copy provided to:** Ashley Roberts

| | |
|---|---|
| **Entity:** | Nationwide Insurance Company Of America<br>Entity ID Number  3286566 |
| **Entity Served:** | Nationwide Insurance Company Of America |
| **Title of Action:** | Life Skills vs. Nationwide Insurance Company |
| **Matter Name/ID:** | Life Skills vs. Nationwide Insurance Company (12365575) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Worcester County Superior Court, MA |
| **Case/Reference No:** | 2285CV00387C |
| **Jurisdiction Served:** | Massachusetts |
| **Date Served on CSC:** | 05/26/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | MA Commissioner of Insurance on 05/18/2022 |
| **How Served:** | Regular Mail |
| Sender Information: | Boston Law Collaborative, LLC<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# COMMONWEALTH OF MASSACHUSETTS
## Office of Consumer Affairs and Business Regulation
### DIVISION OF INSURANCE
1000 Washington Street • Suite 810 • Boston, MA 02118-6200
(617) 521-7794 • FAX (617) 521-7475
http://www.mass.gov/doi

CHARLES D. BAKER
GOVERNOR

KARYN E. POLITO
LIEUTENANT GOVERNOR

MIKE KENNEALY
SECRETARY OF HOUSING AND
ECONOMIC DEVELOPMENT

EDWARD A. PALLESCHI
UNDERSECRETARY

GARY D. ANDERSON
COMMISSIONER OF INSURANCE

May 18, 2022

NATIONWIDE INSURANCE COMPANY OF AMERICA
c/o Corporation Service Company
84 State Street
Boston, MA 02109

**Re: Service of Process**

Dear Sir or Madam:

Enclosed you will find legal process which was served upon the Commissioner of Insurance, in his capacity as attorney and registered agent for, Service of Process* for a foreign insurance company, as provided for in Massachusetts General Laws, Chapter 175, §151(3) and §154.

**\* Please note: All future inquiry or correspondence should be directed to the attention of the attorney of record of the enclosed documents.**

Sincerely,

Stacy Siegan
Assistant to the General Counsel
(617) 521-7310

Enclosure(s)

| Summons | CIVIL DOCKET NO. 2285CV000387C | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Life Skills, Inc. vs. Nationwide Insurance Co. | Plaintiff(s) Defendant(s) | Dennis P. McManus                  Clerk of Courts Worcester                                    County COURT NAME & ADDRESS: Worcester Superior Court 225 Main Street Worcester, MA 01608 |

THIS SUMMONS IS DIRECTED TO _Nationwide Ins Co._ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, _Worcester Superior_ Court _225 Main St. Worcester, MA 01608_ (address), by mail or in person **AND**

b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: _James E. Grumbach, Boston Law Collaborative 80 William St., Suite 200, Wellesley, MA 02481_

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

## 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

## 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger _____, Chief Justice on _May 12_____, 20 _22_. (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

### PROOF OF SERVICE OF PROCESS

_May 18, 2022_

I hereby certify that on _____ . I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_By First Class Mail to Nationwide Insurance Company of America % Corporation Service Company at 84 State Street Boston, MA 02109_

Dated: _5/18/2022_     Signature: _Stacy Siegan_

_STACY SIEGAN_

---

N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date: _____

RECEIVED

MAY 1 8 2022

DIVISION OF INSURANCE
LEGAL DIVISION

rev. 1/2019

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br><br>2285CV00387 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| CASE NAME:<br>Life Skills, Inc. vs. Nationwide Insurance Company | Dennis P. McManus, Clerk of Courts |
|---|---|

| TO:  James E Grumbach, Esq.<br>Boston Law Collaborative<br>80 William St<br>Suite 200<br>Wellesley Hills, MA 02481 | COURT NAME & ADDRESS<br>Worcester County Superior Court<br>225 Main Street<br>Worcester, MA 01608 |
|---|---|

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE | | |
|---|---|---|---|
| | SERVED BY | FILED BY | HEARD BY |
| Service of process made and return filed with the Court | | 07/05/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 08/03/2022 | |
| All motions under MRCP 12, 19, and 20 | 08/03/2022 | 09/02/2022 | 10/03/2022 |
| All motions under MRCP 15 | 08/03/2022 | 09/02/2022 | 10/03/2022 |
| All discovery requests **and depositions** served and non-expert depositions completed | 01/30/2023 | | |
| All motions under MRCP 56 | 03/01/2023 | 03/31/2023 | |
| Final pre-trial conference held and/or firm trial date set | | | 07/31/2023 |
| Case shall be resolved and judgment shall issue by | | | 04/04/2024 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED<br><br>04/06/2022 | ASSISTANT CLERK<br><br>Anne O'Connor | PHONE<br><br>(508)831-2361 |
|---|---|---|

Date/Time Printed: 04-06-2022 11:54:35                                                                                                    SCV026\ 08/2018

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2285CV00387 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Life Skills, Inc. vs. Nationwide Insurance Company | Dennis P. McManus, Clerk of Courts |
|---|---|

| TO: James E Grumbach, Esq. Boston Law Collaborative 80 William St Suite 200 Wellesley Hills, MA 02481 | COURT NAME & ADDRESS Worcester County Superior Court 225 Main Street Worcester, MA 01608 |
|---|---|

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 07/05/2022 | |
| Response to the complaint filed (also see MRCP 12) | | 08/03/2022 | |
| All motions under MRCP 12, 19, and 20 | 08/03/2022 | 09/02/2022 | 10/03/2022 |
| All motions under MRCP 15 | 08/03/2022 | 09/02/2022 | 10/03/2022 |
| All discovery requests **and depositions** served and non-expert depositions completed | 01/30/2023 | | |
| All motions under MRCP 56 | 03/01/2023 | 03/31/2023 | |
| Final pre-trial conference held and/or firm trial date set | | | 07/31/2023 |
| Case shall be resolved and judgment shall issue by | | | 04/04/2024 |

**The final pre-trial deadline is _not the scheduled date of the conference_. You will be notified of that date at a later time.**

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 04/06/2022 | ASSISTANT CLERK Anne O'Connor | PHONE (508)831-2361 |
|---|---|---|

Date/Time Printed: 04-06-2022 11:54:35

SCV026\ 08/2018

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                SUPERIOR COURT
                                              C.A. NO.

_____
LIFE SKILLS,                        )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
NATIONWIDE INSURANCE COMPANY )
        Defendant.                  )
_____)

## COMPLAINT AND JURY CLAIM

### COUNT I (Breach of Contract)

1.      Plaintiff Life Skills, Inc. ("Life Skills") has at all times material been a duly-

organized corporation which provides residential and day habilitation services to individuals

diagnosed with autism and to intellectually and developmentally disabled adults at various facilities

in Massachusetts, with its office located at 44 Morris Street, Webster, Worcester County,

Massachusetts.

2.      Defendant Nationwide Insurance Company ("Nationwide") has at all times material

been a duly licensed insurance company with an office located at One West Nationwide Blvd.

Columbus, OH 43215-2220, doing and transacting business and issuing insurance policies in

Massachusetts, all of which activities are causally related to this cause of action.

3.      The Defendant Nationwide issued a commercial package insurance policy,

No. MPA00000019116E, effective October 14, 2019 to October 14, 2020 ("Policy"), providing

insurance coverage to Plaintiff Life Skills' various facilities in the event of various casualties,

including loss due to a collapse.

4.      On or about May 5, 2020, the facility located at 44 Morris Street, Webster ("Property"),

with building limits in the amount of $3,038,300, sustained severe damage from a collapse, roughly 8-

10 inches in depth, at the northwest corner of a ceramics classroom.

5.      Defendant Nationwide received prompt notice, and assigned an adjuster to the scene.

6.      On June 8, 2020, Life Skills received an email from Nationwide (Exhibit A hereto) confirming that coverage for the loss had been afforded due to hidden decay.

7.      On June 8, 2020, Life Skills received further confirmation that Nationwide had afforded coverage, by way of a letter dated June 8, 2020, confirming a forthcoming actual cash value (ACV) payment in the amount of $49,481.06 (Exhibit B), requesting that Life Skills provide Nationwide with incurred demolition invoices and confirming that the Policy in force provides replacement cost value (RCV) coverage.

8. On June 8, 2020, Life Skills received further confirmation of afforded coverage, by way of a detailed offer or estimate, in the amounts of $59,875.77 RCV and $51,981.06 ACV (Exhibit C).

9. Subsequently, Life Skills received a check in the amount of $49,481.06, representing the ACV offer (Exhibit D).

10.     Plaintiff is informed and believes, and therefore avers, that on June 10, 2020, an engineer retained by Nationwide inspected the Property.

11.     On or about July 9, 2020, Life Skills received a denial letter from Nationwide (Exhibit E), allegedly based on an engineering report.

12.     On July 10, 2020, Life Skills received an engineering report written by EFI Global (Exhibit F), stating that the "detachment and dislodgement of the timber beam that resulted in the vertical displacement of the floor was not a collapse", as defined by the 2015 International Building Code and the Merriam-Webster dictionary.

13.     On or about May 18, 2021, Plaintiff Life Skills retained a public adjuster, Mario J. Dies ("Dies"), to assist it in making claims for damage to the building.

2

14.     By letter dated June 13, 2021, Dies submitted a written claim to Nationwide, along with a repair estimate and a proof of loss in the amount of $402,801, seeking reconsideration of the denial.

15.     The terms of the Policy, in particular Form CP 10300607 (Causes of Loss - Special Form), page 7 of 10, provide in Relevant part:

D. Additional Coverage - Collapse

> 1.  For the purposes of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.
>
> 2.  We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:
>
>     a.  Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse...

16.     Nationwide stopped payment of the $49,481.06 ACV check to Life Skills.

17.     Nationwide neither accepted, rejected nor made payment on Life Skills' proof of loss.

18.     As a result of Defendant Nationwide's refusal to make payment for the loss, the Plaintiff has sustained substantial damages, along with consequential and incidental damages.

<div align="center">COUNT II (Declaratory Judgment)</div>

19.     The Plaintiff realleges and incorporates by reference each and every allegation of paragraphs 1-18.

20.     There is an actual controversy which has arisen between Plaintiff Life Skills and Defendant Nationwide.

<div align="center">COUNT III (Violation of G.L. c. 93A and 176D)</div>

22.     The Plaintiff realleges and incorporates by reference each and every allegation of

<div align="center">3</div>

paragraphs 1-21.

23.    Plaintiff Life Skills and Defendant Nationwide are engaged in trade or commerce.

24.    The Defendant's acts and omissions constitute unfair and deceptive acts and practices, in violation of G.L. c. 93A and 176D.

25.    The Defendant's acts were willful and knowing.

26.    The Defendant's actions and omissions have caused the Plaintiff a loss of money and other property.

WHEREFORE, the Plaintiff Life Skills prays:

1.    that the Court enter judgment in favor of the Plaintiff for damages on Count I, along with interest and costs of suit;

2.    that the Court declare the respective rights and obligations of the Plaintiff and the Defendant on Count II, pursuant to G.L. c. 231A;

3.    that the Court enter judgment in favor of the Plaintiff for damages on Count III, along with double or treble damages, reasonable attorneys' fees interest and costs; and

4.    that the Court enter such other and further relief as the Court deems just and proper.

For the Plaintiff
By its attorneys,

*James E. Grumbach*

James E. Grumbach (BBO #213740)
jgrumbach@blc.law
BOSTON LAW COLLABORATIVE, LLC
80 William Street, Suite 200
Wellesley, MA 02481
(617) 439-4700

Dated:       April 5, 2022

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

4

EXHIBIT A

From: Michael Coffey <COFFEM1@nationwide.com>
Sent: Monday, June 8, 2020 11:16 AM
To: Tom Amick <TAmick@life-skillsinc.org>
Subject: Nationwide claim 494880-GW

Hi Tom,

We are moving forward with coverage for the damages due to a collapse as the result of hidden decay.

At this point we are forwarding to you the letter and the estimate for repairs based on the inspection by Armand. As stated previously, we have not received any type of estimate from the contractor. Once the estimate is know, we will need to review it and decide what further actions might me needed.

We have also left open the costs for temporary repairs and demolition to date. Please forward the costs of that work once they are known.

A payment based on the attached estimate has been processed and will be sent out in the next day or two by USPS. Please allow 5-7 days for delivery

Once the work on the building has been completed, please submit final invoices so we can make the replacement cost payment to you.

If you have any other questions or concerns please do not hesitate to contact me.

Regards,

Michael Coffey
Harleysville Insurance Company
Claims Spec II, Coml Property
PO BOX 182068
COLUMBUS,OH 43218-2068
(Work) 614-435-2887
(Fax) 877-866-1399
COFFEM1@nationwide.com

EXHIBIT B



**Date prepared**  June 8, 2020
**Claim number**  494880-GK
**Policy number**  MPA00000019116E

**Questions?**  Contact Claims Associate
Michael Coffey
COFFEMI@nationwide.com
Phone 614-435-2887
Fax 877-866-1399

Life Skills Inc
44 MORRIS ST
WEBSTER, MA  01570-1812

## Claim details

**Insurer:** Harleysville Insurance Company
**Policyholder:** Life Skills Inc
**Claim number:** 494880-GK
**Loss date:** May 5, 2020

Dear  Mr. Amick,

Thank for opportunity to work with you on your claim.  We are pleased to include a scope of work for the damages to the building.  We will be issuing you a payment for $49,481.06.  This represents the actual cash value payment for the estimated repairs or replacement of the damaged property less the deductible shown on your policy.

Please be aware that the lien holders – Webster Five Cents Savings Bank was included on the repair payment in accordance with the terms of your policy.  Please contact your mortgage company to arrange the endorsement of the payment by them.

We are aware that there will be invoices for work that has already been completed, including demolition work as well as temporary repairs completed.  Please forward any invoices for work that has already been completed, so we can add them to this scope of work.

We want to let you know the next steps you should take to repair or replace you damaged property and how you can be reimbursed for the for replacement value covered by your policy.

About your payment:
The payment is for the "actual cash value" of property covered by your policy less your deductible.  The actual cash value is the amount of the actual property items are worth now less depreciation.  You may be eligible for additional payment because you policy includes "replacement cost" coverage.

Included with you estimate is a Summary statement for each coverage, which provides additional detail about your initial payment and any pending payment.

What you need to do:
Please review the estimate we provided to you.  It itemizes all the costs for the repairs to and/or replacement of you property.  If the repairs or replacement are completed, you can be reimbursed for the difference between the replacement cost and the actual cash value amount we already paid you if you do the following.
     • If you or your contractor thinks the repairs cannot be completed within the amounts shown on the

**Claim # 494880-GK**
Page 2 of 2

estimate, please contact us before continuing the repairs so that any difference can be reconciled. Otherwise, your additional costs may not be reimbursed.

   • Complete the repairs or replace your damaged items and send receipts, invoices or bills for the repairs or replacement to me by mail PO BOX 182068, COLUMBUS, OH, 43218-2068; email: coffem1@nationwide.com; or fax: 877-866-1399.

   • Keep a copy of these documents for your records. In the events of a future loss, you will need these documents to prove that this damage was repaired or replaced. Otherwise, we will consider our payment as evidence of prior damage and the deduct the amount from the future claim.

What to expect:
We'll review all documentation you send us to determine the reimbursement amount. Our total payment will not exceed your limit of coverage.

**For more information**

If you have any questions or concerns, please contact me at 614-435-2887 or COFFEM1@nationwide.com.

Sincerely,

Michael Coffey
Harleysville Insurance Company
PO BOX 182068
COLUMBUS, OH 43218-2068

EXHIBIT C



**Nationwide®**

### Harleysville Insurance Company

Mike Coffey, AIC AINS
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com

| | | | |
|---|---|---|---|
| Insured: | Life Skills Inc. | Business: | (508) 943-0700 |
| Property: | 44 MORRIS ST | E-mail: | tamick@life-skillsinc.org |
| | WEBSTER, MA 01570-1812 | | |
| Home: | 44 MORRIS ST | | |
| | WEBSTER, MA 01570-1812 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Mike Coffey | Business: | (614) 435-2887 |
| Position: | Claim Specialist | E-mail: | coffem1@nationwide.com |
| Business: | PO Box 182068 | | |
| | Columbus , OH 43218-2068 | | |

| | | | |
|---|---|---|---|
| Estimator: | Mike Coffey | Business: | (614) 435-2887 |
| Position: | Claim Specialist | E-mail: | coffem1@nationwide.com |
| Business: | PO Box 182068 | | |
| | Columbus , OH 43218-2068 | | |

| | | | |
|---|---|---|---|
| Claim Number: 494880-GK | Policy Number: MPA00000019116E | Type of Loss: All Other | |

| | | | |
|---|---|---|---|
| Date Contacted: | 5/6/2020 11:15 AM | | |
| Date of Loss: | 5/5/2020 12:00 AM | Date Received: | 5/6/2020 2:00 AM |
| Date Inspected: | 5/12/2020 10:00 AM | Date Entered: | 5/7/2020 7:11 AM |
| Date Est. Completed: | 6/5/2020 7:52 AM | | |

| | |
|---|---|
| Price List: | MAEM8X_MAY20 |
| | Restoration/Service/Remodel |
| Estimate: | LIFE_SKILLS_INC4 |

0882S000112038





**Harleysville Insurance Company**

Mike Coffey, AIC AINS
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com

Dear Valued Customer,

Please refer to the attached itemized estimate. The estimate contains our valuation of the damages for the reported loss and was prepared using usual and customary prices for your geographic area. If you choose to hire a contractor or vendor to make repairs, please provide this estimate to them.

Please note that if your mortgage company is included on your claim payment check, contact the mortgage company to discuss how to handle the proceeds of this payment.

If you, your contractor, or vendor determine that there are additional building fees and/or permits associated with the estimated repairs that are not included in this estimate, please contact me immediately so that I may review and make a determination as to the appropriate payment.

If you discover any additional damage to your property, please immediately contact me, either personally or through your contractor/vendor. We may need to re-inspect your property before authorization of supplemental payment. Please do not destroy or discard any of the damaged items until we have had an opportunity to inspect the damages and have reached an agreement with you on any supplemental cost.

Nationwide may also request to re-inspect your property, at your convenience, as part of our commitment to quality and customer service.

Thank you for allowing Harleysville Insurance Company to serve your insurance needs. Please contact me at the numbers listed above if you have any questions regarding this estimate or any other matter pertaining to your claim.


**Nationwide**

**Harleysville Insurance Company**

Mike Coffey, AIC AINS
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com

0882300112045



### LIFE_SKILLS_INC4

#### Temporary Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Temporary Repairs (Bid Item) | 1.00 EA | | | | | | OPEN ITEM |
| **Totals: Temporary Repairs** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

#### Demolition

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2. General Demolition* | 1.00 EA | | | | | | OPEN ITEM |
| **Totals: Demolition** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 3. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 988.84 | 0.00 | 197.76 | 1,186.60 | (0.00) | 1,186.60 |
| **Totals: General Conditions** | | | 0.00 | 197.76 | 1,186.60 | 0.00 | 1,186.60 |

#### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 4. Trackhoe/excavator and operator | 12.00 HR | 145.00 | 0.00 | 348.00 | 2,088.00 | (0.00) | 2,088.00 |
| *12 hours excavator labor allowed for (1) technician working (1.5) full 8-hour days to remove and replace soil near affected foundation wall without causing further damage to property.* | | | | | | | |
| 5. Foundation wall sawing - 8" wall | 12.00 LF | 72.60 | 0.00 | 174.24 | 1,045.44 | (0.00) | 1,045.44 |
| 6. Remove Slump stone block - 12" width | 48.00 SF | 2.31 | 0.00 | 22.18 | 133.05 | (0.00) | 133.06 |
| 7. Slump stone block - 12" width | 48.00 SF | 14.31 | 17.13 | 140.80 | 844.81 | (145.61) | 699.20 |
| *To replace collapsed foundation wall.* | | | | | | | |
| 8. Seal foundation wall | 48.00 SF | 0.62 | 0.36 | 6.04 | 36.16 | (3.06) | 33.10 |
| 9. Backfill foundations | 12.00 LF | 4.42 | 0.00 | 10.60 | 63.64 | (0.00) | 63.64 |
| *To backfill foundation after repairs are completed and soil has settled.* | | | | | | | |
| **Totals: Rear Elevation** | | | 17.49 | 701.86 | 4,211.11 | 148.67 | 4,062.44 |



**Harleysville Insurance Company**

Mike Coffey, AIC AINS
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com

**Main Level**

**Work Area/Room**                                                    Height: 8'

|  |  |
|---|---|
| 1469.33 SF Walls | 1545.83 SF Ceiling |
| 3015.17 SF Walls & Ceiling | 1545.83 SF Floor |
| 171.76 SY Flooring | 179.83 LF Floor Perimeter |
| 202.83 LF Ceil. Perimeter | |

| Door | 6' X 6' 8" | Opens into Exterior |
|---|---|---|
| Missing Wall - Goes to Floor | 4' 6" X 6' 8" | Opens into ROOM3 |
| Missing Wall - Goes to Floor | 5' X 6' 8" | Opens into ROOM2 |
| Door | 2' 6" X 6' 8" | Opens into ROOM2 |
| Door | 2' 6" X 6' 8" | Opens into ROOM2 |
| Door | 2' 6" X 6' 8" | Opens into MAINTENCE_OF |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 10. Contents - move out then reset - Extra large room | 1.00 EA | 192.00 | 0.00 | 38.40 | 230.40 | (0.00) | 230.40 |
| 11. Remove 2" x 6" lumber (1 BF per LF) To remove subflooring. | 788.23 LF | 0.62 | 0.00 | 97.74 | 586.44 | (0.00) | 586.44 |
| 12. 2" x 6" lumber (1 BF per LF) To replace subflooring. | 788.23 LF | 2.33 | 36.46 | 374.62 | 2,247.66 | (309.88) | 1,937.78 |
| 13. Remove Joist - floor or ceiling - 2x12 - w/blocking - 16" oc To remove existing and damaged floor joists. | 788.23 SF | 1.25 | 0.00 | 197.06 | 1,182.35 | (0.00) | 1,182.35 |
| 14. Joist - floor or ceiling - 2x12 - w/blocking - 12" oc To replace floor joists. | 788.23 SF | 4.95 | 114.79 | 803.30 | 4,819.83 | (975.69) | 3,844.14 |
| 15. Remove Precast concrete - anchor block To remove shifted concrete anchor block. | 2.00 EA | 18.01 | 0.00 | 7.20 | 43.22 | (0.00) | 43.22 |
| 16. Precast concrete - anchor block To replace concrete anchor block. | 2.00 EA | 89.08 | 8.74 | 37.38 | 224.28 | (74.32) | 149.96 |
| 17. Remove Cove base molding - rubber or vinyl, 4" high | 179.83 LF | 0.34 | 0.00 | 12.22 | 73.36 | (0.00) | 73.36 |
| 18. Cove base molding - rubber or vinyl, 4" high | 179.83 LF | 2.04 | 12.93 | 75.96 | 455.74 | (87.89) | 367.85 |
| 19. Remove Snaplock Laminate - simulated wood floor - Standard grade | 1,545.83 SF | 1.18 | 0.00 | 364.82 | 2,188.90 | (0.00) | 2,188.90 |
| 20. Snaplock Laminate - simulated wood floor - Standard grade | 1,545.83 SF | 4.80 | 195.16 | 1,523.04 | 9,138.18 | (1,658.87) | 7,479.31 |
| **Totals:  Work Area/Room** | | | 368.08 | 3,531.74 | 21,190.36 | 3,106.65 | 18,083.71 |



## Harleysville Insurance Company

**Mike Coffey, AIC AINS**
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com



### Office



Height: 8'

| | |
|---|---|
| 803.44 SF Walls | 834.73 SF Ceiling |
| 1638.17 SF Walls & Ceiling | 834.73 SF Floor |
| 92.75 SY Flooring | 97.25 LF Floor Perimeter |
| 116.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into ADMIN_OFFICE |
| Missing Wall - Goes to Floor | 6' 7" X 6' 8" | Opens into HALLWAY |
| Door | 2' 6" X 6' 8" | Opens into WORK_AREA_RO |
| Door | 2' 6" X 6' 8" | Opens into WORK_AREA_RO |
| Missing Wall - Goes to Floor | 5' X 6' 8" | Opens into WORK_AREA_RO |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 21. Contents - move out then reset - Extra large room | 1.00 EA | 192.00 | 0.00 | 38.40 | 230.40 | (0.00) | 230.40 |
| 22. Content Manipulation charge - per hour | 4.00 HR | 46.92 | 0.00 | 37.54 | 225.22 | (0.00) | 225.22 |
| *4 hours additional content manipulation labor allowed due to size and amount of contents in this area.* | | | | | | | |
| 23. Remove Cove base molding - rubber or vinyl, 4" high | 97.25 LF | 0.34 | 0.00 | 6.62 | 39.69 | (0.00) | 39.69 |
| 24. Cove base molding - rubber or vinyl, 4" high | 97.25 LF | 2.04 | 6.99 | 41.08 | 246.46 | (47.54) | 198.92 |
| 25. Remove Snaplock Laminate - simulated wood floor - Standard grade | 834.73 SF | 1.18 | 0.00 | 197.00 | 1,181.98 | (0.00) | 1,181.98 |
| 26. Snaplock Laminate - simulated wood floor - Standard grade | 834.73 SF | 4.80 | 105.38 | 822.42 | 4,934.50 | (895.77) | 4,038.73 |
| **Totals: Office** | | | **112.37** | **1,143.06** | **6,858.25** | **943.31** | **5,914.94** |

### Hallway

Height: 8'

| | |
|---|---|
| 336.75 SF Walls | 147.46 SF Ceiling |
| 484.21 SF Walls & Ceiling | 147.46 SF Floor |
| 16.38 SY Flooring | 40.58 LF Floor Perimeter |
| 49.66 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall | 4' 4" X 8' | Opens into STAIRS |
| Door | 2' 6" X 6' 8" | Opens into Exterior |
| Missing Wall - Goes to Floor | 6' 7" X 6' 8" | Opens into ROOM2 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. Contents - move out then reset | 1.00 EA | 64.00 | 0.00 | 12.80 | 76.80 | (0.00) | 76.80 |

LIFE_SKILLS_INC4                                6/8/2020              Page: 5



**Harleysville Insurance Company**

Mike Coffey, AIC AINS
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com

### CONTINUED - Hallway

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Remove Cove base molding - rubber or vinyl, 4" high | 40.58 LF | 0.34 | 0.00 | 2.76 | 16.56 | (0.00) | 16.56 |
| 29. Cove base molding - rubber or vinyl, 4" high | 40.58 LF | 2.04 | 2.92 | 17.14 | 102.84 | (19.84) | 83.00 |
| 30. Remove Snaplock Laminate - simulated wood floor - Standard grade | 147.46 SF | 1.18 | 0.00 | 34.80 | 208.80 | (0.00) | 208.80 |
| 31. Snaplock Laminate - simulated wood floor - Standard grade | 147.46 SF | 4.80 | 18.62 | 145.28 | 871.71 | (158.24) | 713.47 |
| **Totals: Hallway** | | | 21.54 | 212.78 | 1,276.71 | 178.08 | 1,098.63 |



**Maintence Office**                                 **Height: 8'**

| | |
|---|---|
| 366.00 SF Walls | 140.88 SF Ceiling |
| 506.88 SF Walls & Ceiling | 140.88 SF Floor |
| 15.65 SY Flooring | 45.33 LF Floor Perimeter |
| 47.83 LF Ceil. Perimeter | |

Door                             2' 6" X 6' 8"                     Opens into WORK_AREA_RO

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32. Contents - move out then reset - Extra large room | 1.00 EA | 192.00 | 0.00 | 38.40 | 230.40 | (0.00) | 230.40 |
| 33. Remove Cove base molding - rubber or vinyl, 4" high | 45.33 LF | 0.34 | 0.00 | 3.08 | 18.49 | (0.00) | 18.49 |
| 34. Cove base molding - rubber or vinyl, 4" high | 45.33 LF | 2.04 | 3.26 | 19.16 | 114.89 | (22.15) | 92.74 |
| 35. Remove Snaplock Laminate - simulated wood floor - Standard grade | 140.88 SF | 1.18 | 0.00 | 33.24 | 199.48 | (0.00) | 199.48 |
| 36. Snaplock Laminate - simulated wood floor - Standard grade | 140.88 SF | 4.80 | 17.79 | 138.80 | 832.81 | (151.19) | 681.62 |
| **Totals: Maintence Office** | | | 21.05 | 232.68 | 1,396.07 | 173.34 | 1,222.73 |

LIFE_SKILLS_INC4                                                 6/8/2020           **Page: 6**



**Harleysville Insurance Company**

Mike Coffey, AIC AINS
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com

088230D0112069



### Admin Office                                                                    Height: 8'

| | | | | |
|---|---|---|---|---|
| 340.26 SF Walls | | | 131.27 SF Ceiling | |
| 471.54 SF Walls & Ceiling | | | 131.27 SF Floor | |
| 14.59 SY Flooring | | | 43.50 LF Floor Perimeter | |
| 46.00 LF Ceil. Perimeter | | | | |

**Door**                        2' 6" X 6' 8"                  Opens into ROOM2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 37. Contents - move out then reset - Large room | 1.00 EA | 96.01 | 0.00 | 19.20 | 115.21 | (0.00) | 115.21 |
| 38. Remove base molding - rubber or vinyl, 4" high | 43.50 LF | 0.34 | 0.00 | 2.96 | 17.75 | (0.00) | 17.75 |
| 39. Cove base molding - rubber or vinyl, 4" high | 43.50 LF | 2.04 | 3.13 | 18.36 | 110.23 | (21.26) | 88.97 |
| 40. Remove Snaplock Laminate - simulated wood floor - Standard grade | 131.27 SF | 1.18 | 0.00 | 30.98 | 185.88 | (0.00) | 185.88 |
| 41. Snaplock Laminate - simulated wood floor - Standard grade | 131.27 SF | 4.80 | 16.57 | 129.34 | 776.01 | (140.86) | 635.15 |
| Totals: Admin Office | | | 19.70 | 200.84 | 1,205.08 | 162.12 | 1,042.96 |





### Work Area/Room 2                                                              Height: 8'

| | | | | |
|---|---|---|---|---|
| 1738.00 SF Walls | | | 2867.08 SF Ceiling | |
| 4605.08 SF Walls & Ceiling | | | 2867.08 SF Floor | |
| 318.56 SY Flooring | | | 216.50 LF Floor Perimeter | |
| 221.00 LF Ceil. Perimeter | | | | |

**Missing Wall - Goes to Floor**       4' 6" X 6' 8"                  Opens into WORK_AREA_RO

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 42. Contents - move out then reset - Extra large room | 1.00 EA | 192.00 | 0.00 | 38.40 | 230.40 | (0.00) | 230.40 |
| 43. Content Manipulation charge - per hour | 12.00 HR | 46.92 | 0.00 | 112.60 | 675.64 | (0.00) | 675.64 |
| *12 hours additional content manipulation labor allowed due to size and amount of contents in this area.* | | | | | | | |
| 44. Remove Cove base molding - rubber or vinyl, 4" high | 216.50 LF | 0.34 | 0.00 | 14.72 | 88.33 | (0.00) | 88.33 |
| 45. Cove base molding - rubber or vinyl, 4" high | 216.50 LF | 2.04 | 15.56 | 91.46 | 548.68 | (105.81) | 442.87 |
| 46. Remove Snaplock Laminate - simulated wood floor - Standard grade | 2,867.08 SF | 1.18 | 0.00 | 676.64 | 4,059.79 | (0.00) | 4,059.79 |



**Nationwide®**

**Harleysville Insurance Company**

Mike Coffey, AIC AINS
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com

**CONTINUED - Work Area/Room 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Snaplock Laminate - simulated wood floor - Standard grade | 2,867.08 SF | 4.80 | 361.97 | 2,824.80 | 16,948.75 | (3,076.73) | 13,872.02 |
| Totals: Work Area/Room 2 | | | 377.53 | 3,758.62 | 22,551.59 | 3,182.54 | 19,369.05 |
| Total: Main Level | | | 920.27 | 9,079.72 | 54,478.06 | 7,746.04 | 46,732.02 |
| Line Item Totals: LIFE_SKILLS_INC4 | | | 937.76 | 9,979.34 | 59,875.77 | 7,894.71 | 51,981.06 |

**Grand Total Areas:**

| | | |
|---|---|---|
| 5,218.55 SF Walls | 5,699.98 SF Ceiling | 10,918.53 SF Walls and Ceiling |
| 5,727.23 SF Floor | 636.36 SY Flooring | 640.88 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 698.77 LF Ceil. Perimeter |
| | | |
| 5,727.23 Floor Area | 5,873.47 Total Area | 4,967.13 Interior Wall Area |
| 2,556.25 Exterior Wall Area | 326.61 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |



**Harleysville Insurance Company**

Mike Coffey, AIC AINS
PO Box 182068
Columbus OH 43218-2068
O: 614-435-2887 | F: 877-866-1399
coffem1@nationwide.com

### Summary for Loc 001 Bldg 001

| | |
|---|---:|
| Line Item Total | 48,958.67 |
| Material Sales Tax | 937.76 |
| Subtotal | 49,896.43 |
| Overhead | 4,989.67 |
| Profit | 4,989.67 |
| Replacement Cost Value | $59,875.77 |
| Less Depreciation | (7,894.71) |
| Actual Cash Value | $51,981.06 |
| Less Deductible | (2,500.00) |
| Net Claim | $49,481.06 |
| Total Recoverable Depreciation | 7,894.71 |
| Net Claim if Depreciation is Recovered | $57,375.77 |

Mike Coffey
Claim Specialist



LIFE_SKILLS_INC4                    6/8/2020        Page: 9

EXHIBIT D

**Detach Stub Before Cashing And Keep For Your Record**

THIS IS WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY WATERMARK.

G-2002-2D-0320-00



Nationwide Insurance
PO BOX 182166
COLUMBUS, OH 43218-2166
1-800-421-3535

Check No: 15249452
Date: SEP-08-2020
Void If Not Cashed Within 180 Days
Ref. 494880-GK
15249452

**Nationwide**

56-1544
441

PAY
EXACTLY

FORTY NINE THOUSAND FOUR HUNDRED EIGHTY-ONE AND 06/100 DOLLARS

Pay
To The
Order
Of

44 MORRIS ST
WEBSTER MA 01570-1812

$49,481.06

JP Morgan Chase Bank, N.A.
Columbus, OH

Authorized Signature

⑈ 15249452 ⑆ ⑉044115443⑈   9764852 35 ⑈

EXHIBIT E

 **Nationwide®**

Life Skills Inc
Page 1 of 3

| | |
|---|---|
| **Date prepared** | July 9, 2020 |
| **Claim number** | 494880-GK |
| **Policy number** | MPA00000019116E |
| **Questions?** | Contact Claims Associate Giuseppe Corallo coralg1@nationwide.com Phone 860-716-1391 |

Life Skills Inc
44 MORRIS ST
WEBSTER, MA  01570-1812

## Claim details

| | |
|---|---|
| Insurer: | Harleysville Insurance Company |
| Policyholder: | Life Skills Inc |
| Claim number: | 494880-GK |
| Loss date: | May 5, 2020 |

Dear Life Skills Inc,

We completed our review of this collapse loss reported to have occurred on May 5, 2020. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Harleysville Insurance Company's opinion is this loss was caused by long term deterioration of the timber beams in the crawl space due to moisture. We must respectfully advise you that your policy number MPA00000019116E does not provide coverage for this loss.

## About our decision

Our investigation indicates that the soil in the crawlspace was not covered with a vapor retarder, therefore it permitted elevated moisture and humidity levels. This caused the timber beams that comprised the floor structure to decay. It is evident that this decay occurred over a long period of time, spanning decades. This long term decay caused a vertical displacement in the floor. The vertical displacement of the floor is not consistent with the definition of a collapse, and was not a result of an overloaded condition. These findings were concluded by EFI Global, which is an independent engineering firm in your area. Unfortunately, your Commercial Lines Common Policy does not cover for this type of loss.

## Policy details

Your Commercial Package policy states the following:

A. Coverage

   We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

3. Covered Causes Of Loss

See applicable Causes Of Loss Form as shown in the Declarations.

**Life Skills Inc**
**Claim # 494880-GK**
**Page 2 of 3**

B. Exclusions And Limitations
See applicable Causes Of Loss Form as shown in the Declarations.

CAUSES OF LOSS - SPECIAL FORM

A. Covered Causes Of Loss
When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:
1. Excluded in Section B., Exclusions; or
2. Limited in Section C., Limitations; that follow.

B. Exclusions
1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

h. "Fungus", Wet Rot, Dry Rot And Bacteria
Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

2. We will not pay for loss or damage caused by or resulting from any of the following:
d. (1) Wear and tear;
(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
(4) Settling, cracking, shrinking or expansion;

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

k. Collapse, including any of the following conditions of property or any part of the property:
(1) An abrupt falling down or caving in;
(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or
(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

D. Additional Coverage - Collapse

The coverage provided under this Additional Coverage ? Collapse applies only to an abrupt collapse as described and limited in D.1. through D.7.

3. This Additional Coverage ? Collapse does not apply to:
a. A building or any part of a building that is in danger of falling down or caving in;

**Life Skills Inc**
**Claim # 494880-GK**
**Page 3 of 3**

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

## Additional information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information

If you have any questions or concerns, please contact me at 860-716-1391 or coralg1@nationwide.com.

Sincerely,

Giuseppe Corallo
Harleysville Insurance Company
PO BOX 182068
COLUMBUS, OH 43218-2068

cc
O&#39;CONNOR & CO INS AGENCY

EXHIBIT F





165 Ledge Street, Suite 7
Nashua, New Hampshire 03060
Tel: 603.732.9119

# Forensic Engineering Report
## Floor Structure Evaluation

EFI Global File No.: 014.01116
June 26, 2020

Insured: Life Skills, Inc.
44 Morris Street
Webster, Massachusetts 01570

Date of Loss:  May 5, 2020
Claim No.:  494880-GK

Prepared For:
Giuseppe Corallo
Nationwide Insurance
P.O. Box 182068
Columbus, Ohio 43218
Coralg1@@nationwide.com

| Report Authored By: | Technical Review By: |
|---|---|
| Michael L. Brown, P.E. | John P. Gilewicz, P.E. |
| Senior Forensic Structural Engineer | Senior Forensic Engineer |
| PE Expires: 06/30/2020 | |

I hereby certify that this engineering document was prepared by me and that I am a duly licensed Professional Engineer in the state referenced in the signature line above.  Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy. Hard copies of this report with a "wet-seal" can be provided upon request.  This report is furnished as privileged and confidential to addressee. Release to any other party is the sole responsibility of addressee.  ©2019 EFI Global, Inc.

Insured: Life Skills, Inc.
EFI Global File No.: 014.01116

## ASSIGNMENT

The assignment was received by EFI Global, Inc. (EFI) on June 8, 2020, from Michael Coffey with Nationwide Insurance. The file was subsequently reassigned to Giuseppe Corallo with Nationwide Insurance.

The scope of this assignment was to:

- Determine the cause of the reported vertical displacement of the floor structure at the northwest corner of the ceramics room and to determine if the reported damage was considered a collapse.

In response to this request, Michael L. Brown, P.E., (EFI) visited the site on June 10, 2020. Joseph Daniels, Maintenance Supervisor with Life Skills, Inc., and David Cole with Cole Contracting, building owner's contractor, were present during the site visit, provided access to the property, and background information.

EFI Global, Inc. (EFI) has completed an inspection at the subject property located at the above referenced address. EFI's findings, analysis, and conclusions are included herein. This report contains a discussion of the information gathered during the assessment and an analysis and conclusions with respect to the condition of the subject property at the time of EFI's assessment. The conclusions contained herein are based on information available to date.

## METHODOLOGY

The collection and analysis of information for this project followed an application of engineering principles to the investigation analysis.

The procedures followed included:

1. Following receipt of the assignment, a site examination was conducted on June 10, 2020 in the presence of Mr. Daniels and Mr. Cole.
2. Mr. Daniels and Mr. Cole were interviewed during the site inspection to determine the background, timeframe, and extent of reported damage sustained by the floor structure.
3. Mr. Tom Amick, CEO of Life Skills, Inc. was also interviewed via telephone to determine additional background information.
4. The following was researched:
   a. 2015 International Building Code, International Code Council
   b. Merriam-Webster Dictionary, URL: https://www.merriam-webster.com/dictionary/collapse
   c. The Webster, Massachusetts, Online Property Database, URL: https://www.webster-ma.gov/620/Zoning-Map-Property-Record-Cards-GIS
5. This written report was authored at Giuseppe Corallo's request.

Insured: Life Skills, Inc.
EFI Global File No.: 014.01116

## BACKGROUND AND BUILDING SYSTEM DESCRIPTION

The building was a two-story, timber and steel framed structure, of which a portion of the structure was constructed on brick masonry foundation walls within which a crawlspace was enclosed, and the remainder of the building featured a slab-on-ground concrete floor. The roof was a low-slope type roof and the exterior walls were clad with a combination of brick veneer, vinyl siding, and shingles. The floor structure in the subject portion of the building (the ceramics room) comprised 3-inch-thick wooden subfloor planks supported atop timber floor beams that were founded on concrete piers. For the purposes of this report, the building was considered to face south on Morris Street (Appendix A – Photographs).

Research performed in relation to this investigation through the Webster, Massachusetts Assessor's office revealed that the building was constructed in 1850.

## PROVIDED INFORMATION

The following information was gathered during the site visit and through interviews of Mr. Amick, Mr. Daniels, and Mr. Cole:

- Mr. Daniels has worked at the subject building since about 2016.
- The prior maintenance supervisor was Robert Scoczenski and he worked at the building from about 2000 through 2015.
- The timeframe of performing repairs in the crawlspace in the form of sistering the timber beams and propping the ledger beam along the west foundation wall with concrete masonry (CMU) to augment decayed timber beams was unknown.
- Mr. Amick indicated that prior maintenance staff could have performed these repairs, but he was not aware of the timeframe, extent, or purpose of the repairs.
- Mr. Amick did not have contact information for Robert Scoczenski at the time of providing this information.
- It was also unknown when concrete infill was placed adjacent to the west foundation wall and an automatic slider in the west exterior wall. This infill was consistent with a prior repair to strengthen and level the floor.
- The automatic slider was installed sometime between 2013 and 2015 but Mr. Amick thought the concrete infill likely predated the installation of the automatic slider.
- Mr. Amick indicated that animals use to live in the crawlspace due to a hole that was in the north foundation wall at the northwest corner of the crawlspace.
- Mr. Amick believed that mortar patches at the northwest corner of the foundation were to enclose the hole through which animals were entering the crawlspace, and the work was done approximately 12 years ago at the suggestion of Braman Pest Control or Braman Chemical to mitigate animals living in the crawlspace.
- Spray foam insulation placed at gaps between the floor and foundation walls were installed prior to Mr. Daniels tenure.
- The subject room was utilized as a ceramics classroom since about 2010.

Insured: Life Skills, Inc.
EFI Global File No.: 014.01116

- On or about May 5, 2020, Mr. Daniels discovered that the floor in the ceramics room overlying the crawlspace was displaced downward approximately 8 to 10 inches between the northwest corner of the foundation and the first beam to the east.
- Mr. Daniels was unaware of prior issues with the floor and noticed the vertical displacement due to a visible tilt of two portable kilns on the floor.
- At first, Life Skills was not intending to open an insurance claim. However, subsequent to hiring Johnson Exteriors to demolish the subfloor, widespread instances of decayed subfloor, decayed timber beams, a rotated concrete pier and supported steel column, and historical relocation of columns that were bearing on deflected (sagging) timber beams, it was decided to bring in a more experienced contractor.
- Life Skills hired Cole Contracting who retained an engineer, Rob Johnson, to design temporary shoring for the second floor. This temporary shoring was in place during EFI's inspection.
- Mr. Cole indicated that although the vertical displacement was isolated to the northwest corner of the ceramics room, widespread replacement of the floor structure is required to the long-term deterioration, decay, and demolition of the subfloor that contributed to lateral displacement of a concrete pier and steel column.
- Mr. Cole indicated the current scope of repairs to the floor structure total approximately $264,000 but that number will likely increase due to additional decayed timber beams located outside of the ceramics room.
- Mr. Cole, Mr. Amick, and Mr. Daniels referred to the vertical displacement discovered at the northwest corner of the ceramics floor as a collapse.
- Mr. Daniels indicated that no pictures were taken of the floor before demolition was initiated or during the initial phases of demolition.
- EFI contacted Matthew Johnson of Johnson Exteriors to request any photographs that they took prior to or soon after demolition began. Johnson Exteriors has not provided pictures as of the date of this report.

## SITE OBSERVATIONS

Observations were photographed to document distress and relevant conditions at the subject property on the date of the site visit. Pertinent photographs captured to document findings and observations are attached to this report. During this investigation, the following observations were made:

### EXTERIOR SITE OBSERVATIONS:

- Bricks in the north foundation wall at the northwest corner of the building were displaced and mortared into place with historically installed repair mortar.

### INTERIOR SITE OBSERVATIONS:

- The subfloor was removed throughout the ceramic room.
- The north ends of the timber beams were severely decayed.

Insured: Life Skills, Inc.
EFI Global File No.: 014.01116

- The timber beams were sistered with wood beams that were notched to mitigate historical vertical displacement resulting from the decayed timber beams.
- Stacked CMU was observed under the westernmost beam adjacent to the west foundation wall.
- Bricks at the interior face off the north foundation wall were detached from the foundation wall and laying on the ground.
- The mortar at the northwest corner of the foundation was powdery.
- The westernmost ledger beam was detached from the wall and laying on the ground.

## DISCUSSION AND ANALYSIS

In accordance with the request, the building was inspected to determine the cause of the reported displacement of the floor in the northwest corner of the ceramics room. As mentioned previously, the timber beams that comprised the floor structure were severely decayed.

Studies have been conducted to correlate the exposure period of various wood products to moisture with the degree of discoloring and volume expansion. One of the most comprehensive studies was by Ralph E. Moon, Ph.D., CHMM, CIAQP, in which various wood products were exposed to 13 wet-dry cycles over 40 weeks. The study by Moon concluded that "solid wood discolors slowly and requires continuous moisture exposure to develop a dark (two-to-five months) to black (six-to-eight months) appearance. Repeated wet-dry cycles did not discolor materials to black in the observed study period (40 weeks)." The USDA Forest Products Laboratory, states that "Soft rot" wood decay, however, requires a minimum of one year and typically requires 3 to 7 years depending upon the wood species (Goldberg, "The Value of Wood Decay Analysis in Water Losses").

Based upon the degree to which the wood was decayed and upon EFI's experience, the decay process in the crawlspace occurred over a period of decades, due to exposure to elevated levels of moisture in the crawlspace. The soil in the crawlspace was not covered with a vapor retarder, nor was sufficient openings provided in the foundation walls for ventilation. These factors would permit elevated moisture levels/humidity in the crawlspace. EFI did not observe evidence of localized pipe leaks or other sources of moisture within the crawlspace.

As wood decays, it loses strength due to the loss of cross-sectional area. The wood beams that supported the subfloor and the subfloor itself, were decayed to the extent that they would not be expected to support normal expected loading. The ceramic room housed storage shelves and kiln equipment. The kilns were reportedly in the area of the floor's vertical displacement that was discovered on or about May 5, 2020. However, the kilns were portable and not a load that would overload a properly constructed floor in good condition. For these reasons, EFI concluded that the vertical displacement of the floor was caused by the long-term deterioration of the timber beams and not from an overloaded condition.

As of the date of this report, photographs of the damage as it existed on or about May 5, 2020 have not been provided for review but Life Skills and their contractor have referred to the observed vertical displacement of approximately 8 to 10 inches as a collapse. Generally, within the engineering profession, collapses or partial collapses, are when a structure or portions of a structure fall from their intended position onto the ground or floor below. The 2015 International Building Code, in the definition of Dangerous in Section 202, detachment or dislodgment of a member is distinguished from a collapse. Further, Merriam-Webster defines collapse as "to fall or shrink together abruptly and completely: fall into a jumbled or flattened mass through the force of external

Insured: Life Skills, Inc.
EFI Global File No.: 014.01116

pressure." The reported vertical displacement of the floor is not consistent with the definition of collapse, and therefore, it is EFI's professional opinion that the detachment and dislodgement of the timber beam that resulted in the vertical displacement of the floor was not a collapse.

Refer to Appendix A – Photographs for photographs pertinent to this discussion.

## CONCLUSIONS

The analysis of available evidence related to this assignment supports the following opinions:

1.  The reported vertical displacement of the floor at the northwest corner of the ceramic's room was caused by long-term, on the order of decades, deterioration, in the form of decay of the floor structure's timber beams.

2.  The decay was caused by exposure to elevated levels of moisture in the crawlspace due to an absence of a vapor retarder and inadequate ventilation.

3.  The vertical displacement of the floor was not a collapse.

## APPENDICES

Representative photographs are included with this report. Additional photographs captured at the time of the inspection are available upon request.

*   Appendix A – Photographs

## LIMITATIONS

The information presented in this report addresses the limited objectives related to the evaluation of this assignment. The opinions presented in this report have been made to a reasonable degree of scientific and engineering certainty based upon the information available at the time this report was authored. This report only describes the conditions present at the time of EFI's examination and is only based upon the observations made. This analysis was limited to the scope of work outlined in this report. This report is not intended to fully delineate or document every defect or deficiency throughout the subject property.

The opinions contained within this report are limited to the circumstances associated with this assignment, and are based on this author's education, experience, and training. Should additional information which relates to this evaluation become known, EFI reserves the right to alter the opinions contained in this report as necessary. In some cases, additional studies may be warranted to fully evaluate conditions noted.

Insured: Life Skills, Inc.
EFI Global File No.: 014.01116

This report is furnished as privileged and confidential to the addressee. Release to any other company, concern, or individual is solely the responsibility of the addressee. Any verbal statements made before, during, or after the course of the assignment were made as a courtesy only and are not considered a part of this report. This report is furnished as privileged and confidential to the addressee. Release to any other company, concern, or individual is solely the responsibility of the addressee. Any reuse of this report or the findings, conclusions, or recommendations presented herein without the express written consent of EFI is prohibited.

## CLOSING

EFI appreciates this opportunity to provide consulting services related to this matter.  Please contact us should any questions arise concerning this report, or if we may be of further assistance.

## ENGINEER STAMP

This report has been transmitted electronically.  If requested, a hard copy of the report with a "wet-stamp" can be provided.  The signature and stamp image on the front is for demonstrative purposes.  This report has been electronically signed and sealed by this author on the referenced date.  Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

It is a violation of law for any person to alter this document in any way, unless acting under the direction of a licensed professional engineer. If a document bearing the seal of an engineer is altered, the altering engineer shall affix to the document their seal and the notation "altered by" followed by their signature and the date of such alteration, and a specific description of the alteration.



Photo No. 1:   View of the west elevation of the building. The subject portion (ceramic's room) of the building is indicated.



Photo No. 2:   View of the north elevation of the building.

Project No.: 014.01116          Page 1 of 6

Insured: Life Skills, Inc.          Claim No.: 494880-GK



Photo No. 3:   View of the north foundation wall at the northwest corner of the building. Note that the displaced bricks are mortared into their displaced positions.



Photo No. 4:   View of the ceramics room. Note the subfloor was demolished and temporary shoring installed. The northwest corner of the foundation is indicated with the red arrow.

**Project No.: 014.01116**          Page 2 of 6

**Insured: Life Skills, Inc.**        **Claim No.: 494880-GK**



Photo No. 5:    Closer view of the northwest corner of the foundation. Note the stacked CMU, powdery mortar, and decayed wood.



Photo No. 6:    View of decayed ledger beam adjacent to the west foundation wall.

---

**Project No.: 014.01116**          **Page 3 of 6**

**Insured: Life Skills, Inc.**          **Claim No.: 494880-GK**



Photo No. 7:     View of decayed wood plank subfloor on the west ledger beam.



Photo No. 8:     View of the end of a decayed wood beam.



Photo No. 9:    View of typical sister beams.



Photo No. 10:   View of laterally displaced column.

---



Photo No. 11:   View of concrete infill adjacent to the west foundation wall.



Photo No. 12:   View of more decayed north end of wood beams.



COMMONWEALTH OF MASSACHUSETTS
DIVISION OF INSURANCE
1000 WASHINGTON STREET, SUITE 810
BOSTON, MA 02118-6200



US POSTAGE ●●●PITNEY BOWES

ZIP 02118
02 4W
0000367743 MAY 23 2022   $ 002.76⁰



COMMONWEALTH OF MASSACHUSETTS
DIVISION OF INSURANCE
1000 WASHINGTON STREET, SUITE 810
BOSTON, MA 02118-6200

NATIONWIDE INSURANCE COMPANY OF
AMERICA
c/o Corporation Service Company
84 State Street
Boston, MA 02109

# Exhibit 2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Life Skills

**(b)** County of Residence of First Listed Plaintiff   Worcester
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Boston Law Collaborative LLC
80 William Street, Suite 200
Wellesley, MA 02481

## DEFENDANTS

Harleysville Insurance Company, improperly pled as Nationwide Insurance Company

County of Residence of First Listed Defendant   Franklin County OH
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Gfeller Laurie LLP
977 Farmington Avenue, Suite 200, West Hartford, CT 06107
(860) 760-8400

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
      Plaintiff

☐ 2   U.S. Government
      Defendant

☐ 3   Federal Question
      *(U.S. Government Not a Party)*

☒ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
     Proceeding

☒ 2  Removed from
     State Court

☐ 3  Remanded from
     Appellate Court

☐ 4  Reinstated or
     Reopened

☐ 5  Transferred from
     Another District
     *(specify)*

☐ 6  Multidistrict
     Litigation -
     Transfer

☐ 8  Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 141
Brief description of cause:
Breach of Contract, Declaratory Judgment, Violations of M.G.L. ch. 178d, ch. 93A

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
06/15/2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ Robert D. Laurie

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

| Print | Save As... | Reset |

Exhibit 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Life Skills v. Harleysville Insurance Company, improperly pled as Nationwide Insurance Company

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule 40.1(a)(1)).

  ☐    I.     160, 400, 410, 441, 535, 830*, 835*, 850, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT.

  ☑    II.    110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899.

  ☐    III.    120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 485, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950.

       *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)
YES ☐   NO ☑
If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
YES ☑   NO ☐

  A.  If yes, in which division do all of the non-governmental parties reside?
Eastern Division ☐   Central Division ☑   Western Division ☐

  B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)
YES ☐   NO ☑

**(PLEASE TYPE OR PRINT)**
ATTORNEY'S NAME Robert D. Laurie (BBO # 648456)
ADDRESS Gfeller Laurie LLP, 977 Farmington Ave., Suite 200, West Hartford, CT 06107
TELEPHONE NO. (860) 760-8400

(CategoryForm1-2019.wpd )