UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE SKILLS,<br>    Plaintiff,<br><br>v.<br><br>HARLEYSVILLE INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-40064 |

**STIPULATION OF DIMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action hereby stipulate that it be dismissed with prejudice and without costs, each party to bear its own attorney's fees.

Respectfully submitted,

For the Plaintiff Life Skills, Inc.
By its attorneys,

**/s/ James E. Grumbach**
James E. Grumbach (BBO #213740)
jgrumbach@blc.law
BOSTON LAW COLLABORATIVE, LLC
80 William Street, Suite 200
Wellesley, MA  02481
(617) 439-4700


For the Defendant Harleysville Insurance Company
By its attorneys,

/s/ **Robert D. Laurie**
Shrina B. Faldu
sfaldu@gllawgroup.com
Robert D. Laurie, Esq.
rlaurie@gllawgroup.com
GFELLER LAURIE LLP
977 Farmington Ave. / Suite 200
West Hartford, CT 06107
T: 860-760-8400

Dated:  March 17, 2025