UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **LIFE SKILLS, INC.,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | NO. 22-40064-MRG |
| **HARLEYVILLE INSURANCE COMPANY,** | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF DISMISSAL

**Guzman, D.J.**

In accordance with the Stipulation of Dismissal filed on March 17, 2025, agreeing that this action be dismissed, it is hereby ORDERED that the above-entitled action be and hereby is dismissed, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

By the Court,

March 17, 2025             /s/Suzanne Frisch
Date                       Deputy Clerk